IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MARCUS TYRONE BROADNAX,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1602

Opinion filed May 15, 2015.

An appeal from an order of the Circuit Court for Escambia County.
Ross Goodman, Judge.

Marcus Tyrone Broadnax, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

     DISMISSED.  Fla. R. App. P. 9.420(a)(2); see Rivera v. Dep't of Health, 40

Fla. Law Weekly D871 (Fla. 1st DCA April 15, 2015).

WOLF, ROWE, and SWANSON, JJ., CONCUR.